IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02320-GPG-SBP

DAVID JOSHUA BARTCH,

    Plaintiff,

v.

MACKIE A. BARCH, individually and in his capacity a Trustee of the Barch Family Enterprises Trust;
KIMBERLY BARCH, individually and in her capacity as Trustee of the Barch Family Resource Trust; and
JUSTIN BARCH, in his capacity as Trustee of the Barch Family Resource Trust,

    Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff David Joshua Bartch and Defendants Mackie A. Barch, individually and in his capacity as Trustee of the Barch Family Enterprises Trust, Kimberly Barch, individually and in her capacity as Trustee of the Barch Family Resource Trust, and Justin Barch, in his capacity as Trustee of the Barch Family Resource Trust, through undersigned counsel, hereby stipulate to the dismissal of all claims between them in this action without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 25, 2023

*s/ David S. Musgrave*
David S. Musgrave
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
410-576-4194
dmusgrave@gfrlaw.com

Matthew A. Morr, #35913
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
303-299-7366
Morrm@ballardspahr.com

*Attorneys for Defendants*

*s/ Jonathan A. Helfgott*
Jonathan A. Helfgott
LAHTI HELFGOTT LLC
1624 Market Street, Suite 202
Denver, CO 80202
303-376-6160
jhelfgott@lhlitigation.com

Paul H. Schwartz
Daniel M. Jozwiak
SHOEMAKER GHISELLI +
SCHWARTZ LLC
1811 Pearl Street
Boulder, CO 80302
303-530-3452
pschwartz@sgslitigation.com
djozwiak@sgslitigation.com

*Attorneys for Plaintiff*